IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOMMY SPAN,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2660

Opinion filed December 9, 2014.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Tommy Span, pro se, Appellant.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., VAN NORTWICK and SWANSON, JJ., CONCUR.